IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

    Plaintiff,                    No. CIV S-02-1451 DFL KJM P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,    ORDER

    Defendants.

       Good cause appearing from the declaration of defendants' counsel and defendants' request for a 30-day extension of time, this Court grants said request for an extension of time to, and including, May 23, 2005, to file a motion for summary judgment in this matter. No further extensions of time will be granted.

DATED: April 27, 2005.

                                       UNITED STATES MAGISTRATE JUDGE

buck1451eot

1