IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

      Plaintiff,                               No. CIV S-02-1451 DFL KJM P

      vs.

EDWARD S. ALAMEIDA, JR., et al.,

      Defendants.                      ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On April 29, 2005, plaintiff filed a motion to compel discovery. In this court's November 16, 2004 order, the parties were informed that all motions to compel were to have been filed within sixty days. Plaintiff has not provided any justification for extending the deadline to file motions to compel. Accordingly, IT IS HEREBY ORDERED that plaintiff's April 29, 2005 motion to compel is denied.

DATED: May 10, 2005.

                                                      UNITED STATES MAGISTRATE JUDGE

1
buck1451.mtc