IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

      Plaintiff,                       No. CIV S-02-1451 DFL KJM P

      vs.

EDWARD S. ALAMEIDA, JR., et al.,

      Defendants.           <u>ORDER</u>

_____/

        Defendants have asked for an extension of time to file a motion for summary judgment. On November 16, 2004, defendants were granted until March 8, 2005 to file pretrial motions. Since then, defendants have been granted two extensions of time to file a motion for summary judgment. In the last order granting an extension, dated April 28, 2005, defendants were granted until May 23, 2005 to file their motion for summary judgment and informed that no further extensions of time would be granted. Defendants have not shown good cause for another

/////
/////
/////
/////
/////

1  extension in light of the time previously granted and the court's most recent determination that
2  no further extensions would be granted.   Accordingly, IT IS HEREBY ORDERED that
3  defendants' May 24, 2005 request for an extension of time to file a motion for summary
4  judgment is denied.
5  DATED: June 1, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

12  1/buck1451.36