IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

    Plaintiff,                      No. CIV S-02-1451 DFL KJM P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

    Defendants.             ORDER

_____/

        On May 23, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 10, 2005, denying petitioner's April 29, 2005 motion to compel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 10, 2005 is affirmed.

DATED: 9/26/2005

DAVID F. LEVI
United States District Judge